

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00412-CR

Christopher **ACOSTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR1657
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 4, 2024.

_____
Rebeca C. Martinez, Chief Justice